UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHANG BARNES | § | CIVIL ACTION NO. _____ |
| VERSUS | § | SECTION _____ |
| | | JUDGE _____ |
| | | |
| ENERGY RESOURCE TECHNOLOGY | | |
| GOM, INC. | § | MAGISTRATE: ____ |
| | | MAGISTRATE JUDGE _____ |
| | | ***Jury Trial Requested*** |

## COMPLAINT

This Complaint of SHANG BARNES, a competent person of the full age of majority,

appearing herein through undersigned counsel, and complaining of the Defendant, respectfully

alleges and shows unto this Honorable Court that:

1.

SHANG BARNES, hereinafter plaintiff, is a resident of Columbia, Mississippi, and

brings this action against the defendant pursuant 43 U.S.C. §1301, commonly referred to as the

"Outer Continental Shelf Lands Act", applicable federal common law and the non-conflicting

laws of the State of Louisiana.   Further, this Court has jusrisdiction under 28 U.S.C. §1332 as

there is total diversity between the Plaintiff and the Defendant and the matter in controversy exceeds $75,000.00.

2.

Defendant, ENERGY RESOURCE TECHNOLOGY GOM, INC., hereinafter referred to as "ERT", is a foreign corporation engaged in the oil and gas business, licensed to do and doing business within this state and within the jurisdiction of this Honorable Court.

3.

At all times material to this lawsuit, plaintiff was employed by Danos.   Danos had been engaged by ERT to perform work on ERT's platform located at South Marsh Island 130A in the Gulf of Mexico.

4.

On or about July 23, 2012, while in performance of his work aboard the ERT's platform, plaintiff sustained severe and permanent injuries as a result of the negligence of the defendant and/or as a result of the unreasonably dangerous condition of its platform.

5.

Plaintiff was injured when the platform's deck grating shifted under his foot, causing him to fall and strike his back on a hose roller and then the deck.    Unbeknownst to Plaintiff prior to the incident, the grating was uneven/ loose and his footfall on the grating caused the grating to shift and therefore Plaintiff fell.

6.

The aforementioned incident which injured plaintiff was directly and proximately caused by the negligence of the ERT and/or by an unreasonably dangerous defect in ERT's platform

structure at SMI 130A.

7.

Plaintiff sustained serious and permanent injuries to his lower back and neck.   He has incurred medical expenses and his treating physicians anticipate additional medical expenses in the future relating to the treatment and care of plaintiff's injuries.   By orders of his physicians, plaintiff has been and remains disabled from normal work duties and offshore work.

8.

Plaintiff demands a trial by jury.

9.

As a result of defendant's negligence and/or the unsafe condition of its platform which defendant knew or should have known about, plaintiff is permanently disabled from his chosen career offshore and has suffered loss of past income and will suffer loss of future income, loss of enjoyment of life, personal and medical expenses, past and future physical and mental pain and suffering, and severely painful and permanently disabling injuries amounting to the sum of TWO MILLION (2,000,000.00) DOLLARS.

WHEREFORE, plaintiff prays that after due proceedings are had, that there be a judgment entered for plaintiff, SHANG BARNES and against the defendant, ENERGY RESOURCE TECHNOLOGY GOM, INC.  in the full amount of TWO MILLION ($2,000,000.00) DOLLARS, for all costs of these proceedings, for pre-judgment interest, for trial by jury, and for all relief under equity and law to which plaintiff may be justly entitled.

Respectfully submitted:

STRAUSS & KING, APLC


_/s/Rhett E. King_
Berney L. Strauss #12527
Rhett E. King #23811
406 Magazine Street, Suite 300
New Orleans, Louisiana 70130
504. 523-0033 (telephone)
504. 523-0109 (facsimile)
rhettking@straussandking.com