UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHANG BARNES** | * | **CIVIL ACTION NO. 12-2751** |
|     **Plaintiff** | * | |
| | * | |
| **VERSUS** | * | **SECTION: R** |
| | * | |
| **ENERGY RESOURCE TECHNOLOGY** | * | **MAGISTRATE: 2** |
|     **GOM, INC.** | * | |
|     **Defendant** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO DISMISS**

      Plaintiff, **SHANG BARNES,** through his undersigned counsel, moves this Court for entry of an Order dismissing this cause and all claims asserted therein against Energy Resource Technology GOM, Inc., with prejudice, with each party to bear his costs.

      **WHEREFORE**, the Parties request that the Court issues an Order dismissing this cause and all claims asserted therein, with prejudice, with each party to bear his costs.

      Respectfully submitted this 5th day of November, 2014.

                                                    Respectfully submitted,

                                               */s/ Randy G. McKee*
                                               Randy G. McKee, Esq. (#24552)
                                               McKee Law Firm, L.L.C.
                                               1100 Poydras Street
                                               Suite 1160
                                               New Orleans, LA 70130
                                               Telephone:    504.581.5902
                                               Facsimile:     877.288.6148
                                               Email:          rgmckee@mckeelawllc.com
                                               **Attorney for Shang Barnes**