UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHANG BARNES** | * | **CIVIL ACTION NO. 12-2751** |
| Plaintiff | * | |
| | * | |
| **VERSUS** | * | **SECTION: R** |
| | * | |
| **ENERGY RESOURCE TECHNOLOGY GOM, INC.** | * | **MAGISTRATE: 2** |
| Defendant | * | |
| | * | |

**************************************************************************

## ORDER

Considering Motion to Dismiss filed by Shang Barnes, Plaintiff in the above-captioned matter;

**IT IS ORDERED, ADJUDGED AND DECREED** that the above-captioned cause and all claims asserted herein be and hereby are dismissed, with prejudice, with each party to bear his own costs.

New Orleans, Louisiana this   7th   day of November, 2014.

_____
**HON. SARAH VANCE**
**UNITED STATES DISTRICT COURT JUDGE**